EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Delfín Sosa Suárez | 2016 TSPR 96<br><br>195 DPR ____ |

Número del Caso: TS-7082


Fecha: 20 de mayo de 2016


Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila De Jesús
      Director Ejecutivo


Abogados del Peticionario:

      Lcdo. Carlos Rodríguez Muñiz
      Lcdo. Carlos Rivera Martínez


Materia: Reinstalación al Ejercicio de la Abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re: <br><br> Delfín Sosa Suárez | TS-7082 |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de mayo de 2016.

Evaluada la *Moción en Cumplimiento de Orden* presentada el 13 de mayo de 2016, se reinstala al Sr. Delfín Sosa Suárez al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo